IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TYRONE VANDERHALL,**

    Petitioner,

v.                                                  CASE NO. 3:15-cv-209-MCR-GRJ

**STATE ATTORNEY OF ESCAMBIA COUNTY,**

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 15, 2015 (Doc. 7) recommending that the Petition be dismissed because the Petitioner is not in custody. Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Petitioner has not filed objections to the Report and Recommendation. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 22nd day of July 2015.

                                      *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**